915 F.2d 1559
 Adnan International Marketing, Inc., Adnan, Inc., Manheim
BMW, Inc., t/a Manheim Motors
v.
Hamilton Bank, Manheim National Bank, Seese (Ronald),
Lenhart (Raymond), Marks (Merrit), Kauffman (James),
Dimariano (Gary), Light (Ronald E.), a/k/a Light (Ronald),
Blatz (John), a/k/a Blatz (John W.), John W. Blatz, Inc.
 NO. 90-1286
 United States Court of Appeals,
Third Circuit.
 SEP 12, 1990
 
 Appeal From: E.D.Pa.,
 Reed, J.
 
 
 1
 AFFIRMED.